# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00618-CV

### In re Texas Department of Family and Protective Services

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

This is an original proceeding in which the Texas Department of Family and Protective Services (the Department), relator, asks us to issue a writ of mandamus to compel the Honorable Madeleine Connor, District Judge of the 353rd District Court, to enter judgment on the verdict of the jury in Cause No. D–1–FM–20–006808, *In the Interest of J. H., a Child*, and to set aside her order therein of June 6, 2022, declaring a mistrial

The background facts and procedural history are set forth in our previous Memorandum Opinion, filed October 28, 2022, and need not be repeated here. In that opinion, we conditionally granted the writ, directing the trial court to vacate its order declaring a mistrial and setting a new trial date or to identify with reasonable specificity, and to elaborate with reference to the evidence adduced, the reasons it granted a new trial. Following our issuance of that opinion, the Department filed two motions to issue the writ, on November 7, 2022, and November 14, 2022, respectively, urging this Court to act before the district court was ousted of jurisdiction by operation of a statutory deadline.

On November 17, 2022, this Court by letter admonished the district court to comply with our October 28, 2022, order not later than 12:00 p.m. on Monday, November 21, 2022. As of today, however, she has not done so.

For the reasons stated, the petition for writ of mandamus is hereby granted, and the Clerk of this Court is directed to issue the writ of mandamus, directing the trial court to vacate its order of mistrial, reinstate the jury verdict, and proceed to the entry of a judgment in a manner not inconsistent with our Memorandum Opinion filed October 28, 2022.

It is ordered on November 22, 2022.

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Smith

Filed:   November 22, 2022